# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**JUDGE: JEFFREY S. WHITE**

**COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: October 3, 2003

**Court Reporter**: Diane Skillman

**CASE NO. C-03-180 JSW (Consolidated)**

**TITLE:** Bruce Molholt, et al., v. Loudcloud, et al.,

**COUNSEL FOR PLAINTIFF:**

Vahn Alexander

**COUNSEL FOR DEFENDANT:**

Ignacio Salceda
Jim Kressman

**PROCEEDINGS:** 1) **Final Approval of Settlement**

2) **Motion for Attorneys Fees**

**RESULTS:** The Court has signed and ordered filed the Final Settlement.
The Court requested that counsel submit further briefing by 10-17-03 detailing the following:
(1) a description of each item and an explanation as to why it was necessary;
(2) documentation of in support of each substantial item; and
(3) legal authority establishing that each item is a compensable cost

A final ruling will follow the further briefing.